## 18009.  SHANER MOTOR COMPANY v. WILLIAMS.

BROYLES, C. J.  1. When husband and wife live together, the house in which they live and all property in the house and upon the premises are in the legal possession of the husband as the head of the family, and presumptively the title to such property is also in the husband. *Smith v. Berman*, 8 *Ga. App.* 262 (2), 271 (68 S. E. 1014).

2. The issue in a claim case is whether the property levied on belongs to the defendant in fi. fa., or to the claimant. *Cecil v. Gazan*, 71 *Ga.* 631.

3. In the instant case the evidence for the plaintiff in fi. fa. showed prima facie that the property levied upon belonged to the defendant in fi. fa.; and the court erred in directing a verdict in favor of the claimant.

*Judgment reversed.  Luke and Bloodworth, JJ., concur.*

DECIDED MAY 11, 1927.

Claim; from city court of Waynesboro—Judge Davis.  January 27, 1927.

*C. G. Anderson*, for plaintiff.  *Fullbright & Burney*, contra.

---

Executions, 23 C. J. p. 596, n. 17; p. 602, n. 30; p. 604, n. 66.
Husband and Wife, 30 C. J. p. 510, n. 16; p. 578, n. 65.

---

## 18010.  PARKER v. GOFF.

LUKE, J.  There was some evidence showing title to the cattle and hogs in question in the defendant in error, and the verdict, approved by the trial judge, can not be set aside on the general grounds of the motion for a new trial.  There is no merit in any of the special assignments of error.

*Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MAY 11, 1927.

Trover; from city court of Douglas—Judge Roberts.  January 26, 1927.

*J. N. McDonald, Mingledorff & Gibson*, for plaintiff in error.  *E. L. Grantham*, contra.

---

Appeal and Error, 4 C. J. p. 853, n. 58; p. 864, n. 32, 34.
New Trial, 29 Cyc. p. 942, n. 95.